UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER ALLAN HOCKETT,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. C12-0219-RSM-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 19.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before a different Administrative Law Judge ("ALJ"). On remand, the ALJ shall: (1) hold a de novo hearing, offer Plaintiff an opportunity to submit additional evidence, and issue a new decision; (2) reassess all of the medical evidence of record, including but not limited to the opinions of Sara L. Sheaffer, D.O., Andrea Cookson, M.D., Kerry T. Bartlett, Ph.D., and Muriel Handschy, A.R.N.P.; (3)

afford appropriate weight to all opinions in accordance with applicable regulations and Social Security Rulings; (4) reassess Plaintiff's credibility and residual functional capacity; and (5) if necessary, obtain supplemental evidence from a vocational expert.

The parties further agree that reasonable attorney's fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the court.

A proposed order accompanies this Report and Recommendation.

DATED this 6th day of July, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge