1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

WALTER ALLAN HOCKETT,

Case No. C12-0219-RSM

10

            Plaintiff,

ORDER REVERSING AND REMANDING
CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS

11

        v.

12

MICHAEL J. ASTRUE, Commissioner of
Social Security,

13

            Defendant.

14

15        The Court, after careful consideration of the plaintiff's complaint, the Report and

16   Recommendation of the Honorable James P. Donohue, and the balance of the record, does

17   hereby find and ORDER:

18        (1)    The Court adopts the Report and Recommendation.

19        (2)    The final decision of the Commissioner is REVERSED and the case is

20   REMANDED to the Social Security Administration for further administrative proceedings

21   consistent with the Report and Recommendation.

22   //

23   //

24   //

ORDER
PAGE - 1

1        (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

2  Donohue.

3        DATED this 9 day of July, 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2